[No. 2383.   Decided February 5, 1897.]

H. M. HENRY, *Respondent*, v. GREAT NORTHERN RAILWAY COMPANY, *Appellant*.

DISMISSAL OF APPEAL — JUDGMENT FOR COSTS.

Upon the dismissal of an appeal for want of jurisdiction, judgment for costs will be rendered against the appellant, but not against the sureties upon the appeal bond.

Appeal from Superior Court, Snohomish County.— Hon. JOHN C. DENNEY, Judge.   Appeal dismissed.

*Burke, Shepard & McGilvra,* for appellant.

*L. H. Coon,* for respondent.

*Per Curiam.*—This being an action at law for the recovery of money, and the original amount in controversy not exceeding the sum of $200, and the action not involving the legality of a tax, impost, assessment, toll, municipal fine, or the validity of a statute (constitution, art. 4, § 4), the appeal is dismissed, with costs against the appellant, but not against the sureties upon the appeal bond, as we have no jurisdiction to affirm the judgment of the lower court. *Grunewald v. West Coast Grocery Co.,* 11 Wash. 478 (39 Pac. 964).